**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**CASE NO.: 0:23-CV-60266-WPD**

GILBERTO MEDINA

    Plaintiff,
V.

HABITAT FOR HUMANITY OF
BROWARD, INC.
a Florida not for profit corp.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE***

    The Parties, Plaintiff Gilberto Medina, and Defendant Habitat for Humanity of Broward, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the voluntary dismissal of this action with prejudice, with each party to bear his/its attorneys' fees and costs.

**Dated**: June 29, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Chuck Eiss | /s/ *Jonathan A. Beckerman* |
| Charles Eiss, Esq. | Jonathan A. Beckerman, Esq. (FBN 568252 ) |
| chuck@celawfirm.com | Jonathan.Beckerman@lewisbrisbois.com |
| **LAW OFFICES OF CHARLES EISS, P.L.** | **Lewis Brisbois Bisgaard & Smith LLP** |
| 7951 SW 6th Street, Suite 112 | 110 SE 6th Street, Suite 2600 |
| Plantation, Florida 33324 | Fort Lauderdale, Florida 33301 |
| Telephone: (954) 914-7890 | Telephone: (954)728.1280 |
| Facsimile: 855-423-5298 | Facsimile: (954) 728.1282 |
| | |
| *Counsel for Plaintiff* | *Counsel of Defendant* |