UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60266-CIV-DIMITROULEAS

GILBERTO MEDINA,

    Plaintiff,

vs.

HABITAT FOR HUMANITY OF
BROWARD, INC.,
a Florida Not for Profit Corporation,

    Defendant.
_____/

### ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 12], filed herein on June 29, 2023. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 12] is hereby **APPROVED**;
2. The case is **DISMISSED WITH PREJUDICE**; and
3. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 30th day of June, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record